# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| DELMER SMITH, JR. | Case Number: 8:09-cr-406-T-24EAJ <br> USM Number: 18797-039 |
| | Dionja Dyer, AFPD <br> Defendant's Attorney |

**THE DEFENDANT:**

__X__ was found in violation of charge numbers _One and Thirteen_ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | New Criminal Conduct, Aggravated battery, Occurring on August 14, 2009, while on supervision, in violation of the Conditions of Supervision. | August 14, 2009 |
| 13. | New Criminal Conduct, Felon in Possession of a Firearm occurring on or about September 11, 2009 through, September 16, 2009, while on supervision in violation of the conditions of supervision. | September 16, 2009 |

The Defendant is found to be in violation of his supervised release, and the Supervised Release is revoked. The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The Court finds that there was not sufficient evidence to find that the defendant violated charge numbers _Two, Three through Twelve and Fourteen_ and is discharged as to such violation charges.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 9, 2009
Date of Imposition of Judgment

_/s/ Susan C. Bucklew_
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

October 9, 2009
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: *TWENTY FOUR (24) Months, with no term of supervision to follow.*

__X__ The Court makes the following recommendations to the Bureau of Prisons:
  The Defendant shall cooperate in the collection of DNA.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

  ___ at _____ a.m.  p.m. on _____.

  ___ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ___ before 2 p.m. on _____.

  ___ as notified by the United States Marshal.

  ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL